FREDERICK TURNOW, RESPONDENT, v. ERNST HOCH-
STADTER, AS SURVIVOR, APPELLANT.

*Contract— statute of frauds—partial performance— amendment of complaint.*

In February, 1873, a verbal agreement was made in Germany, by which the
defendant's firm employed the plaintiff to work for one year from the follow-
ing May, at two dollars and fifty cents per day. *Held*, that as the parties
intended the contract to be performed in this State, it was governed by the laws
thereof (*Andrews* v. *Pond*, 13 Peters, 65; Story's Conflict of Laws, § 280), and
was, therefore, void by the statute of frauds.

Upon the trial of this action, brought to recover for services rendered under this
contract, the court charged, that the plaintiff, by coming to this country and
commencing work, in legal effect, said to the defendant, "If I work for
you, it must be for a year, at two dollars and fifty cents per day," and that the
defendants, by their silence, accepted the offer. *Held*, that this was error; that
the court erred; that the most that could be claimed was, that it was a partial
performance of the contract, which did not take it out of the statute, or fur-
nish satisfactory evidence of a renewal of the contract. (*Oddy* v. *James*, 48 N.
Y., 685.)

Upon the trial the plaintiff was allowed to amend his complaint, so as to
recover the actual value of the services rendered by him to the defendant, on
the ground that as the contract, upon which the action was brought, was
void, he was entitled to recover the value of the services actually rendered.
*Held*, that this was proper. That it was not substituting a new cause of action,
but, in legal effect, conforming the pleadings to the facts.

APPEAL from a judgment in favor of the plaintiff, entered upon
the verdict of a jury, and from an order denying a motion for a
new trial, made on the minutes of the justice before whom the case
was tried.

*C. B. Herrick*, for the appellant.   *W. Farrington*, for the
respondent.

Opinion by PRATT, J.   TALCOTT, J., concurred.   BARNARD, P. J.,
not sitting.

Judgment and order denying new trial affirmed to the amount
of $153, and interest from the date of trial; reversed as to balance
of judgment; no costs of appeal.